UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | CR-05-53-B-W |
| | ) | |
| | ) | |
| WINSLOW NEWBERT | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER ON DEFENDANT'S MOTION IN LIMINE REGARDING TESTIMONY OF WADE MADDOX

On March 1, 2007, the Defendant moved *in limine* to exclude the testimony of Probation Officer Wade Maddox. *Def.'s Mot. in Limine Regarding Test. From Probation Officer Wade Maddox* (Docket # 173). This motion concerns the same issues already addressed by the Court in its Order on the Government's motion *in limine* regarding the guilty plea and the Defendant's motion *in limine* to exclude the guilty plea. *See Gov't Mot. in Limine Re: Prior Guilty Plea* (Docket # 156); *Def.'s Mot. in Limine Regarding the Admissibility at Trial of Def.'s Guilty Plea* (Docket # 161). For the reasons set forth in that Order, the Court GRANTS the Defendant's Motion *in Limine* Regarding the Testimony of Probation Officer Maddox (Docket # 173).

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 2nd day of March, 2007